IN THE DISTRICT COURT OF GUAM

| WEN YUEH LU, | ) | CIVIL CASE NO. 06-00039 |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | |
| LEONARDO M. RAPADAS, etc., *et al.*, | ) | **ORDER TO SHOW CAUSE** |
| Respondents. | ) | |

On December 22, 2006, the above-named petitioner (the "Petitioner") filed a Petition for a Writ of Habeas Corpus alleging that he is being detained in violation of the laws of the United States. While the Petitioner is not incarcerated by federal authorities, he nonetheless asserts that he has been "incarcerated on the Island of Guam" because certain release conditions imposed against him in a separate criminal case[1] prevent him from returning to his residence in the Republic of Taiwan to pursue his livelihood.

The Respondents are ordered to show cause why this Court should not grant the claims for relief sought in the petition. The Respondents' answer to this Order to Show Cause shall be filed no later than January 3, 2007, at 3:00 p.m. A hearing on this matter shall be held on Wednesday, January 10, 2007, at 1:30 p.m.

SO ORDERED this 28th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

---

[1] See United States v. Wen Yueh Lu, Magistrate Case No. 06-00031.