ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC 2 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| WEN YUEH LU,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONARDO M. RAPADAS, United States Attorney for the Districts of Guam and the NMI, et al,<br><br>    Defendant. | CIVIL CASE NO. 06-00039<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on the 10th day of January, 2007, at the hour of 1:30 p.m., the United States will move this Honorable Court for an Order disqualifying Daniel J. Berman and the law firm Berman O'Connor & Mann, from any representation concerning the above-entitled matter.

Respectfully submitted this 29th day of December, 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

      By:  KARON V. JOHNSON
             Assistant U.S. Attorney