ORIGINAL

Lu2255.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
JAN - 4 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| WEN YUEH LU, | CIVIL CASE NO. 06-00039 qq. ~~05-00067~~ |
| Petitioner, | |
| vs. | GOVERNMENT'S MOTION TO CONTINUE HEARING FOR ONE DAY |
| LEONARDO M. RAPADAS, et al., | |
| Respondent. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court to continue the hearing in this matter, currently scheduled for January 10, 2007, at 1:30 p.m., to January 11, 2007, at 1:30 p.m. The government makes this motion because government counsel is scheduled to appear for oral argument before the Ninth Circuit in San Francisco on Monday, January 8, 2007, on the consolidated Cabaccang appeals, C.A. 05-10352, 05-10353 and 05-10354. The government's appeals paralegal has confirmed with the Ninth Circuit that oral argument in these matters will proceed. Because there is only one flight per day into Guam, counsel will not be able to return to Guam until Wednesday

//
//
//
//
//

evening, January 10th. Accordingly, the government requests that this hearing be continued until Thursday, January 11th.

RESPECTFULLY SUBMITTED this 4th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Frederick A. Black for K.J._
KARON V. JOHNSON
Assistant U.S. Attorney

Counsel for the Petitioner do not oppose this motion.

DATE: 1/4/07

_/s/ Mark Smith_
MARK S. SMITH

DATE: 1/4/07

_/s/ Daniel Berman_
DANIEL J. BERMAN