CV 05-00067.Ord

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| WEN YUEH LU, | ) | CIVIL CASE NO. 06-00039 |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| LEONARDO M. RAPADAS, *et al.*, | ) | |
| Respondents. | ) | |

Upon motion of the Respondents' and for good cause shown,

**IT IS SO ORDERED** that the hearing on the petition herein and Respondents' Motion to Disqualify Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates (Docket No. 3), currently scheduled for January 10, 2007, is hereby rescheduled to January 11, 2007 at 9:30 a.m.

January 5, 2007
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**