Daniel J. Berman, Esq.
BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Petitioner:
*WEN YUEH LU*

FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| WEN YUEH LU,<br><br>    Petitioner,<br><br>    vs.<br><br>LEONARDO M. RAPADAS, United States Attorney for the Territory of Guam and the Northern Mariana Islands, JOAQUIN L.G. SALAS, in his official capacity as the Chief Marshal; Territory of Guam; and FRANK MICHAEL CRUZ, in his official capacity as Chief Probation Officer, U.S. Probation Office for the Territory of Guam,<br><br>    Respondents. | CIVIL CASE NO. CV06-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2007, I caused to be served a copy of

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Supp.reply.wpd

ORIGINAL

| | |
|---|---|
| Wen Yueh Lu v. Hon L. Rapadas et al.<br>CERTIFICATE OF SERVICE | CV06-00039 |

the Petitioner's/defendant's Supplement to Reply to Government's Response to Petition for Habeas Corpus, on the following:

### HAND DELIVERY

Karon V. Johnson, Esq.
Honorable Leonardo M. Rapadas, Esq.
Office of the United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Facsimile: (671) 472-7215

Dated this 9th day of January 2007.

By _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Supp.reply.wpd