DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL


DISTRICT COURT OF GUAM
JAN 11 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-06-00039  DATE: January 11, 2007

CAPTION: LU -vs- RAPADAS

*********************************************************************************************

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding

**Courtroom Deputy:** Leilani Toves Hernandez  **Law Clerk:** Judith Hattori
**Official Court Reporter:** Wanda Miles  **CSO:** F. Tenorio
Hearing Electronically Recorded: 10:48:42 - 11:08:56

****************************** A P P E A R A N C E S ******************************

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

DANIEL BERMAN & MARK SMITH  KARON JOHNSON

*********************************************************************************************

## PROCEEDINGS:

- ORDER TO SHOW CAUSE WHY PETITION FOR RELIEF SHOULD NOT BE GRANTED

- MOTION FOR DISQUALIFICATION OF DANIEL J. BERMAN AND TO VACATE ORDER SETTING BRIEFING AND HEARING DATES

(  ) MOTION (S) ARGUED BY    (  ) PLAINTIFF    (  ) DEFENDANT

(  ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

(  ) ORDER SUBMITTED   ___Approved   ___Disapproved

(  ) ORDER to be Prepared By:_____

( X ) PROCEEDINGS CONTINUED TO: <u>JANUARY 16, 2007 at 8:30 a.m.</u>

NOTES:

<u>Mr. Berman advised the Court that although his client is not present, he would still like to proceed with the hearing. Ms. Johnson opposed and argued that her motion be heard first and the defendant should be present.</u>

<u>The Court continued the proceedings to Tuesday, January 16, 2007 at 8:30 a.m.</u>