LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| WEN YUEH LU,<br><br>    Petitioner,<br><br>vs.<br><br>LEONARDO M. RAPADAS, et al.,<br><br>    Respondents. | CIVIL CASE NO. 06-00039<br><br>**UNITED STATES MOTION TO DISMISS** |

COMES NOW THE United State of America, by and through undersigned counsel, and moves this Honorable Court for an Order dismissing this action. The government makes this motion because petitioner Lu has filed his motion concerning release conditions in Magistrate Case No. 06-00031, under the proper case number, that is, Magistrate Case No. 06-00031. Accordingly, this matter is moot.

Respectfully submitted this 12th day of January, 2007.

                                   LEONARDO M. RAPADAS
                                   United States Attorney
                                   Districts of Guam and CNMI

By: _/s/ KARON V. JOHNSON_
      KARON V. JOHNSON
      Assistant U.S. Attorney