# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MINUTES

**HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**

FILED
DISTRICT COURT OF GUAM

JAN 17 2007

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-06-00039**          **DATE: 01/16/2007**

**CAPTION:**     Wen Yueh Lu -vs- United States of America

**COUNSEL FOR PETITIONER:**                     **COUNSEL FOR RESPONDENT:**
DANIEL J. BERMAN                                 KARON JOHNSON

**CASE NO. MJ-06-00031**

**CAPTION:**     United States of America -vs- Wen Yueh Lu

**DEFT: WEN YUEH LU**                            **ATTY : MARK SMITH / DANIEL J. BERMAN**
( X ) PRESENT  (  ) CUSTODY  ( X ) BOND  (  ) P.R.      ( X ) PRESENT  ( X ) RETAINED  (  ) FPD  (  ) CJA APPOINTED

Courtroom Deputy: Virginia T. Kilgore            Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles             CSO: F. Tenorio
U.S. Probation Officer: Carleen Borja (8:42:29 - 9:31:42)    USMS: G. Perez
Hearing Electronically Recorded: (8:42:29 - 9:31:42; 2:03:55 - 2:14:40)
Interpreter: Foo Mee Chun Clinard, previously sworn     Language: Chinese Mandarin

****************************************************************************************************************

**Civil Case No. 06-00039**

▸ **Motion for Disqualification of Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates -** The Court denied the motion in the civil case and limited Mr. Berman's role in the criminal case.

▸ **Petition for Writ of Habeas Corpus -** Mr. Smith indicated this would be moot if the Court permits defendant to waive his presence pursuant to Federal Rules of Criminal Procedure 43(b)(2).

**MJ-06-00031**

▸ **Motion for Disqualification of Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates -** The Court denied the motion in the civil case and limited Mr. Berman's role in the criminal case.

▸ **Government's oral motion to disqualify Mr. Smith was denied.**

▸ **Motion for Modification of Release Bail Conditions -** Moot.

▸ **Motion Waiving Defendant's Presence and Acceptance of Waiver -** Granted. Order to be issued by Court.

**NOTES:**
Mr. Smith's oral motion to release defendant's passport was granted. The Court ordered that the copy of defendant's waiver of conflict of interest be lodged under seal. No further written orders will be issued as to these matters.