IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| WEN YUEH LU, | CIVIL CASE NO. 06-00039 |
| Petitioner, | |
| vs. | |
| LEONARDO M. RAPADAS, etc., *et al.*, | **ORDER RE: REPORT AND RECOMMENDATION** TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| Respondents. | |

This matter comes before the court on Respondents' Motion to Dismiss. On January 16, 2007, the Petitioner, Mr. Lu, appeared before the Magistrate Judge for a hearing on various motions filed in this case as well as the Magistrate Case No. 06-00031. Among those motions was a Motion Waiving Defendant's Presence, pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure. At the hearing, counsel for Mr. Lu's criminal case, Mark Smith, and attorney Daniel Berman, Mr. Lu's counsel in this civil action, stated that if the court permitted plea, trial and sentencing to occur in Mr. Lu's absence and allowed Mr. Lu to return home, the relief sought in Mr. Lu's habeas corpus petition would be moot. Accordingly, counsel would move to withdraw the petition.

After reviewing the written consent and addressing Mr. Lu personally, the Magistrate Judge accepted the waiver of Mr. Lu's right to be present for plea, trial and sentencing. The court also released Mr. Lu from all previously imposed conditions. In light of counsels' representations and the rulings at the hearing, the Magistrate Judge now recommends this court

1 dismiss the action. Under 28 U.S.C. § 636(b)(1)(C), the court may accept, reject or modify in whole or in part the Magistrate Judge's findings or recommendations made by the magistrate judge. Finding there has been no objection to the Magistrate Judge's Report and Recommendation and having thoroughly considered the matter and relevant law, the court hereby adopts the Magistrate's Report and Recommendation in full. Accordingly, the Respondent's Motion to Dismiss is hereby **GRANTED.**

DATED this 16th day of February 2007.



**/s/ Hon. Frances M. Tydingco-Gatewood
Chief Judge**