# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| WEN YUEH LU,<br><br>  Plaintiff,<br><br>  vs.<br><br>LEONARDO M. RAPADAS, etc., et al.,<br><br>  Defendants. | CIVIL CASE NO. 06-00039<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order re Report and Recommendation to Dismiss for Writ of Habeas Corpus filed on February 16, 2007.

Dated this 20th day of February, 2007, Hagatna, Guam.

                    MARY L. M. MORAN
                    Clerk of Court

                    By: /s/ Renee M. Martinez
                         Deputy Clerk