DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| WEN YUEH LU, | CIVIL CASE NO. 06-00039 |
|---|---|
| Petitioner, | |
| vs. | **NOTICE OF ENTRY** |
| LEONARDO M. RAPADAS, etc., et al., | |
| Respondent. | |

Notice is hereby given that on the date indicated below this court entered on the docket of the above-entitled case the following:

**Clerk's Judgment filed February 20, 2007**
**Date of Entry: February 20, 2007**

The original judgment is on file at the Clerk's Office of this Court. The document may viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov.

Dated this 20th day of February, 2007.

MARY L.M. MORAN
Clerk, District Court of Guam

By: /s/ Renee M. Martinez
Deputy Clerk